IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Marie Assa'ad-Faltas, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-01784-TLW |
| ) | |
| Sara Heather Savitz Weiss, John Andrew ) | |
| Delaney, Sterling Davies, CPD former ) | |
| Chiefs and Acting Chiefs [FNU] Burke, ) | |
| Randy Scott, Ruben Santiago, Present or ) | |
| former CPD Officers Julie Ashmore, George ) | |
| McSwain, Former SC 5th Judicial Circuit ) | |
| Solicitors Barney Giese, John Meadors, ) | |
| *individually for damages and for qui tam* ) | |
| *recovery*; The McAngus, Goudelock & ) | |
| Courie Law Firm, *in its corporate capacity* ) | |
| *for damages and for qui tam recovery*; ) | |
| Jeanette McBride, *officially as RC's Clerk* ) | |
| *of Court for injunctive relief and* ) | |
| *individually for damages*; The City of ) | |
| Columbia SC, City of Columbia SC Police ) | |
| Department (CPD), *for injunctive and* ) | |
| *declaratory relief and for qui tam recovery*; ) | |
| Dinah Gail Steel, Larry Wayne Mason, ) | |
| *individually for damages*; Mark Keel, *as* ) | |
| *Chief of SC's State Law Enforcement* ) | |
| *Division (SLED)*, William Nettles, *as U.S.* ) | |
| *Attorney for the District of South Carolina* ) | |
| *(D.S.C.), solely officially and solely for* ) | |
| *injunctive and declaratory relief*; Daniel ) | |
| Johnson, *as SC's Fifth Judicial Circuit's* ) | |
| *Solicitor,* Gary Watts, *as Coroner for* ) | |
| *Richland County, SC*, Steven Benjamin, ) | |
| *as Mayor*, All Members of the City of ) | |
| Columbia Council, Teresa Wilson, *manager* ) | |
| *for the City,* and all their subordinates and ) | |
| agents who intend to injury Plaintiff, *solely* ) | |
| *officially and solely for injunctive and* ) | |
| *declaratory relief and for qui tam recovery;* ) | |
| and Robert Eldon Hood, *as Current SC's* ) | |
| *Fifth Judicial Circuit's Administrative* ) | |
| *Judge for General Sessions, solely officially* ) | |

*and solely for injunctive if declaratory relief* )
*is unavailable or for declaratory relief if* )
*available*, )
                                                                      )
             Defendants. )
_____ )

## ORDER

On June 15, 2015, Plaintiff filed a Motion for an Extension of Time to Supplement her Objections to the Report and Recommendation ("the Report") issued by United States Magistrate Judge Shiva V. Hodges. (Doc. #13). Plaintiff timely filed "preliminary objections" to the Report (Doc. #12), but she seeks additional time in which to supplement those objections.

After careful consideration, Plaintiff's Motion for an Extension of Time is hereby **GRANTED**. (Doc. #13). Plaintiff is hereby directed to file any additional objections to the Report and Recommendation within fourteen (14) days of entry of this Order.

**IT IS SO ORDERED.**

                                                  *s/ Terry L. Wooten*
                                                  Terry L. Wooten
                                                  Chief United States District Judge

June 17, 2015
Columbia, South Carolina