IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Marie Assa'ad-Faltas, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Sara Heather Savitz Weiss, John Andrew )<br>Delaney, Sterling Davies, CPD former )<br>Chiefs and Acting Chiefs [FNU] Burke, )<br>Randy Scott, Ruben Santiago, Present or )<br>former CPD Officers Julie Ashmore, George )<br>McSwain, Former SC 5th Judicial Circuit )<br>Solicitors Barney Giese, John Meadors, )<br>*individually for damages and for qui tam* )<br>*recovery*; The McAngus, Goudelock & )<br>Courie Law Firm, *in its corporate capacity* )<br>*for damages and for qui tam recovery*; )<br>Jeanette McBride, *officially as RC's Clerk* )<br>*of Court for injunctive relief and* )<br>*individually for damages*; The City of )<br>Columbia SC, City of Columbia SC Police )<br>Department (CPD), *for injunctive and* )<br>*declaratory relief and for qui tam recovery*; )<br>Dinah Gail Steel, Larry Wayne Mason, )<br>*individually for damages*; Mark Keel, *as* )<br>*Chief of SC's State Law Enforcement* )<br>*Division (SLED)*, William Nettles, *as U.S.* )<br>*Attorney for the District of South Carolina* )<br>*(D.S.C.), solely officially and solely for* )<br>*injunctive and declaratory relief*; Daniel )<br>Johnson, *as SC's Fifth Judicial Circuit's* )<br>*Solicitor,* Gary Watts, *as Coroner for* )<br>*Richland County, SC*, Steven Benjamin, )<br>*as Mayor*, All Members of the City of )<br>Columbia Council, Teresa Wilson, *manager* )<br>*for the City,* and all their subordinates and )<br>agents who intend to injury Plaintiff, *solely* )<br>*officially and solely for injunctive and* )<br>*declaratory relief and for qui tam recovery;* )<br>and Robert Eldon Hood, *as Current SC's* )<br>*Fifth Judicial Circuit's Administrative* )<br>*Judge for General Sessions, solely officially* ) | Case No. 3:15-cv-01784-TLW |

|  |  |
|---|---|
| *and solely for injunctive if declaratory relief* | ) |
| *is unavailable or for declaratory relief if* | ) |
| *available*, | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER

This matter is now before the Court for consideration of Plaintiff Marie Assa'ad-Faltas' second motion for an extension of time in which to file supplemental objections to the Report and Recommendation ("the Report") issued by United States Magistrate Judge Shiva V. Hodges, which Plaintiff filed on June 29, 2015. (Doc. #16). Plaintiff timely filed "preliminary objections" to the Report on June 15. (Doc. #12). On June 17, the Court granted Plaintiff's first motion for an extension of time, extending the deadline for submission of supplemental objections to July 1. (Doc. #14). Plaintiff now seeks a second extension of the deadline.

After careful consideration, Plaintiff's second motion for an extension of time is hereby **GRANTED**. (Doc. #16). Plaintiff is directed to file any additional objections to the Report within fourteen (14) days of entry of this Order. Plaintiff is advised that no further extensions of time will be granted absent compelling circumstances.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

July 1, 2015
Columbia, South Carolina