AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marie Assa'ad-Faltas,<br>*Plaintiff*<br>v.<br><br>Sara Heather Savitz Weiss, individually for damages and for qui tam recovery; The McAngus, Goudelock & Courie Law Firm, in its corporate capacity for damages and for qui tam recovery; John Andrew Delaney, individually for damages and for qui tam recovery; Sterling Davies, individually for damages and for qui tam recovery; Jeanette McBride, officially as RC's Clerk of Court for injunctive relief and individually for damages; The City of Columbia, S.C., for injunctive and declaratory relief and for qui tam recovery; City of Columbia SC Police Department, (CPD) for injunctive and declaratory relief and for qui tam recovery; FNU Burke, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Randy Scott, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Ruben Santiago, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Julie Ashmore, Present or former CPD Officers, individually for damages and for qui tam recovery; George McSwain, Present or former CPD Officers, individually for damages and for qui tam recovery; Barney Giese, Former S.C. 5th Judicial Solicitors, individually for damages and for qui tam recovery; John Meadors, Former S.C. 5th Judicial Solicitors, individually for damages and for qui tam recovery; Dinah Gail Steele, individually for damages; Larry Wayne Mason; Mark Keel, as Chief of S.C.'s Law Enforcement Division (SLED), solely officially and selely for injunctive and declaratory relief; Daniel Johnson, as S.C.'s Fifth Judicial Circuit's Solicitor, solely officially and solely for injunctive and declaratory relief and for qui tam recovery; Gary Watts, as Coroner for Richland County, S.C., solely officially and solely for injunctive and declaratory relief and for qui tam recovery; William Nettles, as U.S. Attorney for the District of South Carolina (DSC), solely officially and solely for injunctive and declaratory relief; Steven Benjamin, as Mayor; All Members of the City of Columbia Council; Teresa Wilson, manager for the City; and all their subordinates and agents who intend to injure Plaintiff; all solely officially and solely for injunctive and declaratory relief and for qui tam recovery; Robert Eldon Hood, as Current S.C.'s Fifth Judicial Circuit's Administrative Judge for General Sessions, solely officially and solely for injunctive if declaratory relief is unavailable or for declaratory relief if available,<br>*Defendants* | Civil Action No.   3:15-cv-01784-TLW<br><br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■   The plaintiff, Marie Assa'ad-Faltas, shall take nothing of the defendants; Sara Heather Savitz Weiss, individually for damages and for qui tam recovery; The McAngus, Goudelock & Courie Law Firm, in its corporate capacity for damages and for qui tam recovery; John Andrew Delaney, individually for damages and for qui tam recovery; Sterling Davies, individually for damages and for qui tam recovery; Jeanette McBride, officially as RC's Clerk of Court for injunctive relief and individually for damages; The City of Columbia, S.C., for injunctive and declaratory relief and for qui tam recovery; City of Columbia S.C. Police Department, (CPD) for injunctive and declaratory relief and for qui tam recovery; FNU Burke, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Randy Scott, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Ruben Santiago, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Julie Ashmore, Present or former CPD Officers, individually for damages and for qui tam recovery; George McSwain, Present or former CPD Officers, individually for damages and for qui tam recovery; Barney Giese, Former S.C. 5th Judicial Solicitors, individually for damages and for qui tam recovery; John Meadors, Former S.C. 5th Judicial Solicitors, individually for damages and for qui tam recovery; Dinah Gail Steele, individually for damages; Larry Wayne Mason; Mark Keel, as Chief of S.C.'s Law Enforcement Division (SLED), solely officially and selely for injunctive and declaratory relief; Daniel Johnson, as S.C.'s Fifth Judicial Circuit's Solicitor, solely officially and solely for injunctive and declaratory relief and for qui tam recovery; Gary Watts, as Coroner for Richland County, S.C., solely officially and solely for injunctive and declaratory relief and for qui tam recovery; William Nettles, as U.S. Attorney for the District of South Carolina (DSC), solely officially and solely for injunctive and declaratory relief; Steven Benjamin, as Mayor; All Members of the City of Columbia Council; Teresa Wilson, manager for the City; and all their subordinates and agents who intend to injure Plaintiff; all solely officially and solely for injunctive and declaratory relief and for qui tam recovery; Robert Eldon Hood, as Current S.C.'s Fifth Judicial Circuit's Administrative Judge for General Sessions, solely officially and solely for injunctive if declaratory relief is unavailable or for declaratory relief if available; and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   July 23, 2015                                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                    s/M. Walker
                                                                                                    _____
                                                                                                    *Signature of Clerk or Deputy Clerk*